UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JULIET HORTON,<br><br>Petitioner,<br><br>v.<br><br>OSCAR AVILES,<br><br>Respondent. | Civil Action No. 15-7951 (MCA)<br><br>MEMORANDUM AND ORDER |

This matter having been opened to the Court by Petitioner's Petition for a writ of habeas corpus challenging her detention pursuant to 28 U.S.C. § 2241. It appearing that:

1. On September 27, 2016, Timothy M. Belsan, Senior Litigation Counsel for the United States Department of Justice, attorney for Respondent, submitted a letter representing to the Court that Petitioner was released from detention pursuant to an Order of Supervision on September 8, 2016, and noting that he had requested, and was still awaiting, documentary evidence of Petitioner's release and would forward that documentation to the Court when provided. (*See* ECF No. 14.)

2. On October 21, 2016, Mr. Belsan submitted a second letter to the Court. (ECF No. 15.) Attached to the letter is a Declaration from Deportation Officer Tony Petito, which confirms that Petitioner was released from detention on September 8, 2016, pursuant to an Order of Supervision, and noting that Petitioner had reported to Immigration and Customs Enforcement ("ICE") in Manchester, New Hampshire on October 4, 2016, pursuant to her Order of

1

Supervision.[1] (*See* ECF No. 15; Belsan Letter dated Oct. 21, 2016; ECF No. 15-1, Petito Decl. dated Oct. 21, 2016, at ¶¶ 3-5.) In light of Petitioner's release from ICE custody, Mr. Belsan requests that the Petition be dismissed as moot. (*Id.*).

**THEREFORE, IT IS** on this 15 day of Oct, 2016

**ORDERED** that the Petition is hereby **DISMISSED** in light of Petitioner's release from ICE custody; and it is further

**ORDERED** that the Clerk of the Court shall mark this matter as closed.

Madeline Cox Arleo, District Judge
United States District Court

---

[1] The Declaration also states that the Immigration Judge granted Petitioner relief from removal on September 7, 2016. (*Id.* at ¶ 3.)